**JUDGMENT:** Case No. 1:18-cr-79-002    USA v. Monte Brewer

**PRESENT:** Honorable Harry S. Mattice, Jr.    ☐ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Chris Poole | Martin Lester | Jennifer Beamer |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Stefanie Capetz | Shannan Andrews | |
| Courtroom Deputy | Court Reporter | Interpreter    ☐ SWORN |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks **OR** ☐ Deft declines to speak

Document(s) _____ ☐ unsealed ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 72 **MONTHS on COUNT(s)** Two, run consecutive to Ham. Co. 303589, 300237, 302624 and 303507 and Wash. Co. 44046C

**SUPERVISED RELEASE/PROBATION:** 4 **YEARS on COUNT(s)** Two

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☑ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☑ submit to search
- ☐ perform _____ hours of community service
- ☐ comply with any BICE deportation orders
- ☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☑ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** waive rights re: confidentiality to substance abuse treatment

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** mental health evaluation, participate in job or vocational training

**RESTITUTION:**

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived    **SPECIAL ASSESSMENT:** $100.00    ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay    ☑ Deft informed of right to appeal    ☑ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☑ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 9:07 to 9:22    Date: October 21, 2019